UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

    -v.-                           :    08 Cr.

OMAR CLECKLEY,                     :
    a/k/a "Howard Anthony Campbell,"
    and a/k/a "Howard Campbell,"   :

               Defendant.      :

- - - - - - - - - - - - - - - - - - - x

08 CRIM 133

COUNT ONE

The Grand Jury charges:

On or about January 22, 2008, in the Southern District of New York and elsewhere, OMAR CLECKLEY, a/k/a "Howard Anthony Campbell," a/k/a "Howard Campbell," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about December 15, 2000, in the United States District Court for the Eastern District of New York, for Conspiracy to Possess with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Section 846, without having obtained the express consent of the Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 15 2008

General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____          __Michael G. Garcia_____
FOREPERSON                       MICHAEL J. GARCIA
                                 United States Attorney

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA

- v. -

OMAR CLECKLEY,
a/k/a "Howard Anthony Campbell,"
a/k/a "Howard Campbell,"

Defendant.

## INDICTMENT

08 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2))


                    MICHAEL J. GARCIA
                 United States Attorney.

**A TRUE BILL**

_____
                         Foreperson.

2/15/0  Case assigned to J. Preska

MJ Jorenster