Law Office of James Kousouros
80-02 Kew Gardens Road
Suite 1030
Kew Gardens, New York 11415
(718) 575-5450

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
UNITED STATES OF AMERICA,

                Plaintiff,        **Notice of Appearance**

- against -

                              Criminal No. 08-CR-00133-LAP-1

OMAR CLECKLEY,
    a/k/a "Mr. Ding," and a/k/a "Paul Ding"

                Defendant.
_____X

        **PLEASE TAKE NOTICE** that the undersigned hereby appears for **OMAR CLECKLY**, the defendant herein, for all purposes and proceedings and that all correspondence, litigation and other matters should be sent to the address set forth above.

Dated:    Kew Gardens, New York
            March 10, 2008

                                      **Law Offices of James Kousouros**

                              By:   /s/
                                    JAMES KOUSOUROS, ESQ.