Law Office of James Kousouros
80-02 Kew Gardens Road
Suite 1030
Kew Gardens, New York 11415
(718) 575-5450

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

UNITED STATES OF AMERICA,

      Plaintiff,   **Notice of Appearance**

 - against -

           Criminal No. 08-CR-00133-LAP-1

OMAR CLECKLEY,

      Defendant.

_____X

  **PLEASE TAKE NOTICE** that the undersigned hereby appears for **OMAR CLECKLY**, the defendant herein, for all purposes and proceedings and that all correspondence, litigation and other matters should be sent to the address set forth above.

Dated:  Kew Gardens, New York
    March 10, 2008

          **Law Offices of James Kousouros**

      By: /s/
        JAMES KOUSOUROS, ESQ.