# JAMES KOUSOUROS
### ATTORNEY AT LAW

80-02 Kew Gardens Road, Suite 1030, Kew Gardens, New York 11415
718-575-5450,4131 • 718-793-0165 fax
E-mail: jk5665@aol.com

March 28, 2008

VIA FACSIMILE: (212) 805-7941
& REGULAR MAIL
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08

Re: United States v. Omar Cleckley
Criminal No. 08-CR-133 (LAP)

Dear Judge Preska:

This letter is respectfully submitted to request a consent adjournment of the conference in the above captioned matter currently scheduled for Monday, March 31, 2008 at 4:30 P.M. The government and defense are in continuing plea negotiations and a thirty (30) day continuance is requested to continue said negotiations.

As such request is respectfully made for a thirty (30) day adjournment until on or about Monday, April 28, 2008. *The March 31 conference is adjourned to April 30, 2008 at 3:00 P.M.* The government has no objection to this request and the defense consents to an exclusion of time for speedy trial purposes. *Time is excluded until the adjourned date of the conference in the interests of justice.*

Thank you for your courtesy and consideration.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
*March 28, 2008*

Very Truly Yours,

JAMES KOUSOUROS

JK:es

cc: Jason B. Smith
    Assistant United States Attorney