

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2008

**BY FAX**

The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax (212) 805-7941

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08
```

    Re: *United States v. Omar Cleckley,*
          08 Cr. 133 (LAP)

Dear Judge Preska:

    I write regarding the court appearance in the above-referenced matter which has been rescheduled from April 30, 2008, to May 21, 2008, at 2:00 p.m. Because the parties are engaged in ongoing plea discussions, the Government respectfully requests that the time through May 21, 2008, be excluded from the calculations under the Speedy Trial Act. I spoke with defense counsel, James Kousouros, Esq., today via telephone and he specifically consented to this exclusion of time.

                                            Respectfully submitted,

SO ORDERED
*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*April 30, 2008*

                                            MICHAEL J. GARCIA
                                            United States Attorney
                                            Southern District of New York

                                            By: *[signature]*
                                              Jason B. Smith
                                              Assistant United States Attorney
                                              (212) 637-1026
                                              (212) 637-2527(fax)

Cc (by Fax):
    James Kousouros, Esq.
    Fax (718) 793-0165