# JAMES KOUSOUROS
ATTORNEY AT LAW

80-02 Kew Gardens Road, Suite 1030, Kew Gardens, New York 11415
718-575-5450,4131 • 718-793-0165 fax
E-mail: jk5665@aol.com

March 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

VIA FACSIMILE: (212) 805-7941
& REGULAR MAIL
Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Omar Cleckley
Criminal No. 08-CR-133 (LAP)

Dear Judge Preska:

This letter is respectfully submitted to request a consent adjournment of the conference in the above captioned matter currently scheduled for May 21, 2008 at 2:00 P.M. The government and defense are in continuing plea negotiations and a thirty (30) day continuance is requested to continue said negotiations.

As such request is respectfully made for a thirty (30) day adjournment until on or about Tuesday, June 17, 2008.

The government has no objection to this request and the defense consents to an exclusion of time for speedy trial purposes.

Thank you for your courtesy and consideration.

*The May 21 conference is adjourned to June 25 at 9:30am. Time is excluded until that date in the interests of justice.*

Very Truly Yours,

JAMES KOUSOUROS

SO ORDERED
Loretta A. Presky
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
May 20, 2008

JK:es

cc: Jason B. Smith
Assistant United States Attorney